**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7780**

JOHN A. ONWUKA,

    Plaintiff - Appellant,

  v.

UNKNOWNS, (names not readily available),

    Defendant - Appellee,

  and

HAMPTON ROADS REGIONAL JAIL,

    Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:11-cv-01398-JCC-IDD)

Submitted: February 21, 2013   Decided: February 25, 2013

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John A. Onwuka, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John A. Onwuka appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Onwuka v. Unknowns, No. 1:11-cv-01398-JCC-IDD (E.D. Va. filed Sept. 13, 2012; entered Sept. 14, 2012). We further deny Onwuka's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED